# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**GLENN EDWARD WHITHAM**                                                           **PETITIONER**

**VS.**                                     **5:04CV00307 WRW**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                              **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief prayed for is denied.

IT IS SO ORDERED this 29th day of October, 2008.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE